UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:26-CV-00025

| | |
|---|---|
| FRANK FALZONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF MOORESVILLE, )<br>NORTH CAROLINA; CHIEF )<br>RON CAMPURCIANI, in his )<br>official and individual capacities; )<br>TRACY JEROME, in her official )<br>and individual capacities, CHRIS )<br>CARNEY, in his individual )<br>capacity, )<br>)<br>Defendants. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

**NOW COME** Defendants Town of Mooresville, Chief Ron Campurciani, Tracey Jerome and Chris Carney, (collectively "Defendants"), by and through the undersigned counsel, and hereby move the Court pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1 for an order enlarging the time allowed for Defendants to respond to the Plaintiff's Complaint. This Motion for Extension of Time to Respond to Plaintiff's Complaint is made without waiving any Rule 12 defenses under the Federal Rules of Civil Procedure.

In support of this motion Defendants state as follows:

1. The Complaint was filed by Plaintiff on February 9, 2026.

2. Defendants were served with Plaintiff's Complaint on or about February 20, 2026, making a responsive pleading due on March 13, 2026. As such, the time for responding thereto has not yet expired.

3. Undersigned counsel represents that additional time is needed in order to properly investigate the allegations in the Complaint and to prepare an appropriate response on behalf of the Defendants.

4. This motion is filed in good faith for the reasons stated and not for purposes of delay.

5. Counsel for Plaintiff has been consulted and consents to Defendants' Motion.

6. A proposed Order granting the requested extension of time is submitted herewith.

**WHEREFORE**, Defendants respectfully moves this Court for a thirty (30) day extension of time through and including April 13, 2026, within which to respond to Plaintiff's Complaint

This the day 24th of February 2026.

                CRANFILL SUMNER LLP

                By:   /s/ *Jake W. Stewart*
                        Jake W. Stewart, NC Bar #51157
                        Kayla N. McDaniel, NC Bar #57995
                        *Attorneys for Defendants*

P.O. Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
E-mail: jstewart@cshlaw.com
E-mail: kmcdaniel@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing ***Defendants' Motion for Extension of Time to Answer Complaint,*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

C. Christopher Adkins
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Facsimile: (877) 208-7577
Emails: chris@huntersvillelawyer.com
*Attorney for Plaintiff*

Christerfer R. Purkey
Rech Law, P.C.
18125 W. Catawba Avenue
Cornelius, NC 28031
Telephone: (704) 228-2790
Facsimile: (704) 909-7410
Email: cpurkey@rechlaw.com
*Attorney for Plaintiff*

This the 24th day of February 2026.

                CRANFILL SUMNER LLP

                BY:   /s/ *Jake W. Stewart*
                      Jake W. Stewart, NC Bar #51157
                      Kayla N. McDaniel, NC Bar #57995
                      *Attorneys for Defendants*
                      P.O. Box 30787
                      Charlotte, NC 28230
                      Telephone (704) 332-8300
                      Facsimile (704) 332-9994
                      jstewart@cshlaw.com
                      kmcdaniel@cshlaw.com