| | | |
|---|---|---|
| FRANK FALZONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF MOORESVILLE, | ) | **ORDER** |
| NORTH CAROLINA; CHIEF | ) | |
| RON CAMPURCIANI, in his | ) | |
| official and individual capacities; | ) | |
| TRACY JEROME, in her official | ) | |
| and individual capacities, CHRIS | ) | |
| CARNEY, in his individual | ) | |
| capacity, | | |
| | | |
| Defendants. | | |

This matter is before the Court on the Motion of Defendants Town of Mooresville, Chief Ron Campurciani, Tracey Jerome and Chris Carney, (collectively "Defendants"), for an Order extending time to answer or otherwise respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b). It appears to the Court that the time has not expired to answer and respond, that there is good cause for the granting of this motion, and that the motion should be allowed.

**IT IS THEREFORE ORDERED** that Defendants, Motion is **GRANTED**, and the time for said Defendants to answer or otherwise respond

to Plaintiff's Complaint is and shall be extended up to and including **April 13, 2026**.

This the _____ day of February 2026.

_____
United States District Court Judge
Western District of North Carolina