| | | |
|---|---|---|
| FRANK FALZONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF MOORESVILLE, NORTH | ) | **CERTIFICATE OF SETTLEMENT** |
| CAROLINA; CHIEF RON | ) | **CONFERENCE** |
| CAMPURCIANI, in his official and | ) | |
| individual capacities; TRACEY | ) | |
| JEROME, in her official and individual | ) | |
| capacities, CHRIS CARNEY, in his | ) | |
| individual capacity, | ) | |
| | | |
| Defendants. | | |

The parties to this action hereby certify that they have met in person and/or by telephone on April 10, 2026, and discussed in good faith if this matter can be resolved without the need for further proceedings in this Court. The results of those settlement negotiations are:

_____ The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 14 days.

_____ The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is _____. The parties request a stay of this action for up to 14 days to conduct the Mediation and/or engage in additional settlement discussions. **[Applicable only for the Initial Settlement Conference].**

__X__ The parties have not yet been able to resolve through a voluntary settlement.

| | |
|---|---|
| _/s/Frank Falzon_<br>Frank Falzone | _/s/Tracey Jerome_ .<br>Tracey Jerome |
| | _/s/Chris Carney_ .<br>Chris Carney |
| | _/s/Ron Campurciani_ .<br>Ron Campurciani |
| | _/s/Tracey Jerome_ .<br>Tracey Jerome, on behalf of Town of Mooresville |
| _/s/Christerfer R. Purkey_<br>Christerfer R. Purkey<br>Rech Law, P.C.<br>Signature of Counsel for Plaintiff | _/s/Jake W. Stewart_<br>Jake W. Stewart<br>Signature of Counsel for Defendants |

\*A party's signature certifies that the party has received a copy of the Court's Standing Order Requiring an Initial Settlement Conference and has either participated in directly or conferred with counsel in detail regarding the settlement discussions between or among the parties.