UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:26-CV-00025

| | | |
|---|---|---|
| FRANK FALZONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF MOORESVILLE, NORTH | ) | **DEFENDANTS' MOTION TO DISMISS** |
| CAROLINA; CHIEF RON | ) | **IN LIEU OF AN ANSWER** |
| CAMPURCIANI, in his official and | ) | |
| individual capacities; TRACEY JEROME, | ) | |
| in her official and individual capacities, | ) | |
| CHRIS CARNEY, in his individual | ) | |
| capacity, | ) | |
| | | |
| Defendants. | | |

NOW COMES Defendants Town of Mooresville, Chief Ron Campurciani, Tracy Jerome, and Chris Carney, acting by and through undersigned counsel, hereby moving this Court for an Order dismissing Plaintiff's Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(2), and 12(b)(6). Defendants respectfully request that this Motion be granted, as (1) this Court lacks personal and subject matter jurisdiction over Defendants; and (2) Plaintiff has failed to state a claim upon which relief can be granted as to all of his claims.

Defendants are filing a memorandum in support contemporaneously with this Motion.

This the 13th day of April, 2026.

CRANFILL SUMNER LLP

BY:  /s/ *Jake W. Stewart*
Jake W. Stewart, NC Bar #51157
Ariella Z. Walsh, NC Bar #55109
*Attorneys for Defendants*

P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
jstewart@cshlaw.com
awalsh@cshlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this day electronically filed the foregoing ***DEFENDANTS' MOTION TO DISMISS IN LIEU OF AN ANSWER*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

C. Christopher Adkins
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Facsimile: (877) 208-7577
Emails: chris@huntersvillelawyer.com
*Attorney for Plaintiff*

Christerfer R. Purkey
Rech Law, P.C.
18125 W. Catawba Avenue
Cornelius, NC 28031
Telephone: (704) 228-2790
Facsimile: (704) 909-7410
Email: cpurkey@rechlaw.com
*Attorney for Plaintiff*

This the 13th day of April, 2026.

**CRANFILL SUMNER LLP**

BY:   /s/ *Jake W. Stewart*
Jake W. Stewart, NC Bar #51157
Ariella Z. Walsh, NC Bar #55109
*Attorneys for Defendants*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
jstewart@cshlaw.com
awalsh@cshlaw.com

.