**EXHIBIT**

**1**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:26-CV-00025

| | | |
|---|---|---|
| FRANK FALZONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF MOORESVILLE, NORTH | ) | **AFFIDAVIT OF CAITLYN MCKENZIE** |
| CAROLINA; CHIEF RON | ) | |
| CAMPURCIANI, in his official and | ) | |
| individual capacities; TRACEY JEROME, | ) | |
| in her official and individual capacities, | ) | |
| CHRIS CARNEY, in his individual | ) | |
| capacity, | ) | |
| | | |
| Defendants. | | |

I, Caitlyn McKenzie, being duly sworn, deposes and says as follows:

1.      I am over the age of eighteen and competent to testify.  I have personal knowledge of the matters set forth in this Affidavit.

2.      I am the Risk Manager for the Town of Mooresville.

3.      From February 15, 2025 to March 1, 2026, the Town of Mooresville had in effect the following general liability policy: The Princeton Excess & Surplus Lines Insurance Company, policy number 64-A3-EX-0000074-02.  A true and accurate copy of the relevant portions of the policy is attached.

4.      The underlying policy contains a non-waiver of governmental immunity provision.

5. The attached policy is the only insurance policy obtained by the Town of Mooresville relevant or applicable to the allegations set forth in Plaintiff's lawsuit for the period of February 15, 2025 to March 1, 2026.

6. I make this affidavit in good faith, of my own personal knowledge concerning the matters herein, and not for any other or improper purpose.

FURTHER THE AFFIANT SAYETH NOT.

Executed this the 10 day of April, 2026.

*Caitlyn McKenzie*

Caitlyn McKenzie, Risk Manager for the Town of Mooresville

Subscribed and sworn before me, this 10 day of April, 2026.

*Amy J Cummings*
Signature of Notary Public

*Amy J Cummings*
Printed Name of Notary Public

My commission expires: 3/4/2031

AMY J CUMMINGS
Notary Public, North Carolina
Iredell County
My Commission Expires
March 04, 2031

4922-7700-3934 v. 2