| | | |
|---|---|---|
| FRANK FALZONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF MOORESVILLE, NORTH | ) | **NOTICE OF WITHDRAWAL OF** |
| CAROLINA; CHIEF RON | ) | **COUNSEL** |
| CAMPURCIANI, in his official and | ) | |
| individual capacities; TRACEY JEROME, | ) | |
| in her official and individual capacities, | ) | |
| CHRIS CARNEY, in his individual | ) | |
| capacity, | ) | |
| | | |
| Defendants. | | |

**PLEASE TAKE NOTICE** that Attorney Ariella Z. Walsh is leaving the firm Cranfill Sumner LLP, effective May 7, 2026. Attorney Walsh hereby provides notice of withdrawal as additional counsel for Defendants Town of Mooresville, Chief Ron Campurciani, Tracey Jerome, and Chris Carney in this matter, and should be removed from future ECF notices in this matter.

Attorney Jake W. Stewart of Cranfill Sumner LLP will remain as counsel of record for Defendants.

This the day 6th of May 2026.

**CRANFILL SUMNER LLP**

By:     /s/ *Ariella Z. Walsh*
        Jake W. Stewart, NC Bar #51157
        Ariella Z. Walsh, NC Bar #55109
        *Attorneys for Defendants*
        P.O. Box 30787

Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
jstewart@cshlaw.com
awalsh@cshlaw.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day electronically filed the foregoing ***NOTICE OF WITHDRAWAL OF COUNSEL,*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

C. Christopher Adkins
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Facsimile: (877) 208-7577
Emails: chris@huntersvillelawyer.com
*Attorney for Plaintiff*

Christerfer R. Purkey
Rech Law, P.C.
18125 W. Catawba Avenue
Cornelius, NC 28031
Telephone: (704) 228-2790
Facsimile: (704) 909-7410
Email: cpurkey@rechlaw.com
*Attorney for Plaintiff*

This the 6th day of May 2026.

                                                **CRANFILL SUMNER LLP**

BY:    /s/ *Ariella Z. Walsh*
              Jake W. Stewart, NC Bar #51157
              Ariella Z. Walsh, NC Bar #55109
              *Attorneys for Defendants*
              P.O. Box 30787
              Charlotte, NC 28230
              Telephone (704) 332-8300
              Facsimile (704) 332-9994
              jstewart@cshlaw.com
              awalsh@cshlaw.com

.